MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7000
  Fax:        (415) 436-7009
Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br>       **Petitioners,** ) <br> ) <br>       v. ) <br> ) <br> **TAMMY GRISEL,** ) <br> ) <br>       **Respondent.** ) <br> ) | No. C-13-0314-CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

On January 23, 2013, the United States filed this action seeking the enforcement of an Internal Revenue Service summons.   Respondent

Respondent has not served an answer or motion for summary judgment.

The United States hereby gives notice of voluntary dismissal without prejudice of this action pursuant to Rule 41(a)(1)(A).

                                          Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                          <u>/s/ Cynthia Stier</u>
                                          CYNTHIA STIER
                                          Assistant United States Attorney
                                          Tax Division